UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**VAN CHAN TRAN #A027-981-837**     **CASE NO. 6:18-CV-00756 SEC P**

**VERSUS**     **UNASSIGNED DISTRICT JUDGE**

**JEFFERSON B SESSIONS III ET AL**    **MAGISTRATE JUDGE WHITEHURST**

## REPORT AND RECOMMENDATION

Before the Court is a petition for writ of habeas corpus (28 U.S.C. § 2241) filed by pro se Petitioner Van Chan Tran. Petitioner was an immigration detainee in the custody of the Department of Homeland Security / U.S. Immigration and Customs Enforcement ("DHS/ICE"). At the time of filing on June 6, 2018, he was detained at the Pine Prairie Correctional Center, in Pine Prairie, Louisiana. Petitioner challenged his continued detention pending removal.

This Court has been notified by the United States Attorney's Office that the Petitioner was removed on September 13, 2018. The release from custody renders Tran's Petition for Writ of Habeas Corpus moot, as he has achieved the relief sought in his habeas petition. See Goldin v. Bartholow, 166 F.3d 710, 717 (5th Cir. 1999) ("[A] moot case presents no Article III case or controversy, and a court has no constitutional jurisdiction to resolve the issues it presents.").

For the foregoing reasons,

**IT IS RECOMMENDED** that Salman's habeas petition be **DISMISSED AS MOOT.**

Under the provisions of 28 U.S.C. §636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the clerk of court. No other briefs or responses (such as supplemental objections, reply briefs etc.) may be filed. Providing a courtesy copy of the objection to the magistrate judge is neither required nor encouraged. Timely objections will be considered by the district judge before he makes his final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE TO WHICH THE PARTY DID NOT OBJECT**.

THUS DONE in Chambers on this 24th day of January, 2019.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE