# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| VAN CHAN TRAN #A027-981-837 | CASE NO. 6:18-CV-00756 SEC P |
| VERSUS | JUDGE JUNEAU |
| JEFFERSON B SESSIONS III ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Tran's habeas petition be **DISMISSED AS MOOT**.

THUS DONE in Chambers on this ___8th___ day of ___February___, 2019.

_____
**Michael J. Juneau**
**United States District Judge**